## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:**   10-cv-02801-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   March 29, 2011** | **Courtroom Deputy:**   Linda Kahoe |

ROGELIO ARELLANO,                                                        *Pro se (via phone)*

      Plaintiff,

      v.

JOHN FERGUSON, *et al.,*                                             Emma Jane Skivington

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        9:18 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Motion to Amend Complaint, doc #[8], filed 12/29/2010.

**ORDERED:**  The Motion to Amend Complaint, doc #[8], is **DENIED**.

**ORDERED:**  Plaintiff shall file a Motion for Leave to Amend Complaint **ON OR BEFORE APRIL 28, 2011.**  The Motion should include a copy of the Proposed Amended Complaint identifying the Defendants and setting forth the claims and the facts of the case.

HEARING CONCLUDED.

**Court in recess:          9:34 a.m.**
Total time in court:     00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.