**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-02801-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   May 12, 2011** | **Courtroom Deputy:**  Linda Kahoe |

ROGELIO ARELLANO,                                                  *Pro se  (via phone)*

      Plaintiff,

      v.

JOHN FERGUSON, *et al.,*                                      Emma Jane Skivington

      Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:        10:41 a.m.**
Court calls case.  Appearance of counsel.  *Plaintiff appears pro se via phone.*

Discussion regarding Plaintiff's Motion for Leave to File an Amended Complaint, doc #[17], filed 4/19/2011.

The court suggests that Mr. Arellano dismiss this lawsuit and file a new case.

Discussion regarding the Statute of Limitations.

**ORDERED:**  Plaintiff's Motion for Leave to File an Amended Complaint, doc #[17], is **DENIED WITHOUT PREJUDICE**.  The court will allow Plaintiff to file one **last** Amended Complaint that identifies the parties he wishes to sue and identifies factually what those parties did that Plaintiff believes forms the basis for a claim against them **on or before MAY 27, 2011**.  *(The Amended Complaint should be filed as an attachment to a Motion for Leave to File a **Last** Amended Complaint.)*

            In lieu of filing a last Amended Complaint, Plaintiff should file a Motion to Dismiss This Lawsuit on or before **MAY 27, 2011.**

HEARING CONCLUDED.
**Court in recess**:        **11:09 a.m.**
Total time in court:     00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.