IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02801-PAB-CBS

ROGELIO ARELLANO,
    Plaintiff,
v.

JOHN FERGUSON,
ARVIL CHAPMAN, and
CORRECTION CORPORATIONS OF AMERICA,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Arellano's "Motion for Leave to File an Amended Complaint" (filed May 25, 2011) (Doc. # 21).  Pursuant to Order of reference dated November 19, 2010 (Doc. # 4) and the memorandum dated May 25, 2011 (Doc. # 22), this matter was referred to the Magistrate Judge.  The court having reviewed the Motion, the Response (filed May 31, 2011) (Doc. # 23), the pleadings, the proceedings held on the record on May 12, 2011 (Doc. # 20), March 29, 2011 (Doc. # 16), and December 15, 2010 (Doc. # 7), the entire case file, and the applicable law,

    IT IS ORDERED that:

    1.    Mr. Arellano's "Motion for Leave to File an Amended Complaint" (filed May 25, 2011) (Doc. # 21) is GRANTED.

    2.    The tendered Amended Complaint (Doc. # 21-1) is accepted for filing as of the date of this Order.  The court will address service of the newly added Defendant in a separate Order.

1

DATED at Denver, Colorado this 31st day of May, 2011.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge