IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02801-PAB-CBS

ROGELIO ARELLANO,
    Plaintiff,
v.

CORRECTIONAL HEALTH PARTNERS,
    Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -1 2011

GREGORY C. LANGHAM
                 CLERK

---

ORDER FOR SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

This civil action is before the court for service of the Amended Complaint (Doc. # 25) on Defendant Correctional Health Partners, 1515 Arapahoe Street, Suite 300, Tower 1, Denver, CO 80202.[1] Pursuant to the Order of Reference dated November 19, 2010 (Doc. # 4), this case was referred to the Magistrate Judge. On November 16, 2010, this civil action, filed by an inmate in his *pro se* capacity, was removed from state court to federal court. (*See* Doc. # 1). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Correctional Health Partners. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Complaint (Doc. # 25) and summons upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process, Defendant shall respond to

---

[1] Plaintiff did not provide the court with an address for Defendant Correctional Health Partners. The court obtained an address by its own independent research.

the Amended Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 1st day of June, 2011.

                 BY THE COURT:

                 s/Craig B. Shaffer
                 United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02801-PAB-CBS

Rogelio Arellano
Prisoner No. 66815
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

US Marshal Service
Service Clerk
Service forms for: Correctional Health Partners

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Correctional Health Partners: AMENDED COMPLAINT FILED 5/31/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/1/11.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk