IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02801-PAB-CBS

ROGELIO ARELLANO,
    Plaintiff,
v.

CORRECTIONAL HEALTH PARTNERS,
    Defendant.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Arellano's letter (filed July 28, 2011) (Doc. # 37) (docketed by the Clerk of the Court as "Motion Asking Court for Second Set of the Defendant's Motion to Dismiss and Amended Complaint").  Pursuant to the Order of Reference dated November 19, 2010 (Doc. # 4) and the memorandum dated July 29, 2011 (Doc. # 38), this matter was referred to the Magistrate Judge.  The court having reviewed the matter and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Arellano's letter (filed July 28, 2011) (Doc. # 37) (docketed by the Clerk of the Court as "Motion Asking Court for Second Set of the Defendant's Motion to Dismiss and Amended Complaint") is GRANTED.

    2.    The court requests that the Clerk of the Court mail Mr. Arellano copies of Defendant's Motion to Dismiss (Doc. # 30) and the Amended Complaint (Doc. # 25).

    DATED at Denver, Colorado this 1st day of August, 2011.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge